No. 811, October Term, 1944. HILL ET AL. v. FLORIDA EX REL. WATSON, ATTORNEY GENERAL. October 8, 1945. 325 U. S. 538.

No. 955, October Term, 1944. WALLING, ADMINISTRATOR, v. YOUNGERMAN-REYNOLDS HARDWOOD CO., INC. October 8, 1945. 325 U. S. 419.

No. 1193, October Term, 1944. WISCONSIN ALUMNI RESEARCH FOUNDATION v. VITAMIN TECHNOLOGISTS, INC. ET AL. October 8, 1945. 325 U. S. 876.

No. 1213, October Term, 1944. GLICK BROTHERS LUMBER CO. ET AL. v. BOWLES, PRICE ADMINISTRATOR. October 8, 1945. 325 U. S. 842, 877.

No. 1230, October Term, 1944. MROZIK v. JOHNSTON, WARDEN. October 8, 1945. 325 U. S. 878.

No. 1237, October Term, 1944. NATIONAL LABOR RELATIONS BOARD v. JONES & LAUGHLIN STEEL CORP.; and
No. 1238, October Term, 1944. NATIONAL LABOR RELATIONS BOARD v. E. C. ATKINS & Co. October 8, 1945. 325 U. S. 838.

No. 1244, October Term, 1944. OXMAN v. UNITED STATES. October 8, 1945. 325 U. S. 887.

No. 1246, October Term, 1944. ESTATE OF MARSHALL ET AL. v. COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. 325 U. S. 872.